IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60829
Summary Calendar
_____


NEIK SALEH SHARAF,

                                        Petitioner,

versus

JOHN ASHCROFT, ATTORNEY GENERAL,

                                        Respondent.


- - - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A29 809 846
- - - - - - - - - - -
July 24, 2002

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Neik Saleh Sharaf appeals the denial by the Board of
Immigration Appeals (the Board) of his motion to reopen his
deportation proceedings on the basis of changed country
conditions.  See 8 C.F.R. § 3.2 (2001).  He argues that he will
be persecuted by the Taliban upon his return to Afghanistan due
to his former association with the Jamiat Islami military group.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Sharaf has failed to connect the change in government to his fear of persecution. He has therefore failed to demonstrate the requisite fear of persecution on account of race, religion, nationality, membership in a particular social group, or political opinion. See <u>Efe v. Ashcroft</u>, ___ F.3d ___, 2002 WL 1209955, *5 (5th Cir. June 20, 2002). Moreover, the demise of the Taliban regime subsequent to the Board's decision destroys Sharaf's asylum claim. See <u>United States v. Herrera-Ochoa</u>, 245 F.3d 495, 501 (5th Cir. 2001). The Board did not abuse its discretion in denying Sharaf's motion to reopen his deportation proceedings. <u>INS v. Doherty</u>, 502 U.S. 314, 322 (1992).

AFFIRMED.